1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KEVIN TODD CRITTON, | No.  EDCV 08-1722-DOC (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  May 07, 2009

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE